**Order entered June 4, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00057-CR
No. 05-18-00058-CR

**KEN DEWAYNE JOHNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-10099-M & F16-10100-M**

## ORDER

The record was due February 17, 2018. When it was not timely filed, we notified court reporter Belinda Baraka that it was past due and directed her to file it by March 24, 2018. Ms. Baraka filed requests for additional time to file the record on March 26, 2018 and April 27, 2018, both of which we granted. Before the Court is Ms. Baraka's third request for additional time to file the reporter's record. We **GRANT** the request to the extent we **ORDER** the reporter's record filed **no later than 5:00 p.m. on June 22, 2018**. Ms. Baraka is cautioned that the failure to file the reporter's record by that date will, absent extenuating circumstances, result in the Court ordering that Ms. Baraka not sit as a court reporter until the complete reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, official court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/    CRAIG STODDART
JUSTICE